UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONICA JEAN BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:19-CV-806 PLC |
| ) | |
| ANDREW SAUL, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

### MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's application for attorney fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. [ECF No. 23] Plaintiff requests an award of $5,005.50, representing 23.2 of attorney work at an hourly rate of $202.50 and 1.5 hours of attorney work at an hourly rate of $205.00. Plaintiff attaches "Plaintiff's Affidavit and Assignment of EAJA Fee," in which she assigned any court-awarded fees to her attorneys, The Parmele Law Firm, P.C. [ECF No. 23-3]

Defendant filed a response to Plaintiff's application for attorney fees, in which he states: "Defendant has no objection to Plaintiff's request for attorney fees under the EAJA in the amount of $5,005.50." [ECF No. 24] Defendant requests that the Court "enter an order specifically awarding attorney fees of $5,005.50 to be paid by the Social Security Administration." He notes, however, that any award of attorney fees is subject to offset to satisfy any preexisting debt Plaintiff owes to the United States. See Astrue v. Ratliff, 560 U.S. 586 (2010).

After careful consideration,

**IT IS HEREBY ORDERED** that Plaintiff's petition for award of attorney fees [ECF No. 23] is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff is awarded EAJA attorney fees in the amount of $5,005.50, subject to offset for any preexisting debt that Plaintiff owes to the United States. After determining whether Plaintiff owes any debt to the United States that is subject to offset, Defendant is directed to pay the EAJA fees directly to Plaintiff's attorney.

 

PATRICIA L. COHEN  
UNITED STATES MAGISTRATE JUDGE

Dated this 12th day of July, 2021